_____

No. 95-3702
_____

Mark A. Morris,                    *
                                   *
        Appellant,                 *
                                   *  Appeals from the United States
    v.                             *  District Court for the
                                   *  District of Minnesota.
FSC Securities Corporation,        *
a Georgia Corporation; Edward      *        [UNPUBLISHED]
Wisner; Richard Roe; John Doe,     *
                                   *
        Appellees.                 *


_____

No. 95-3876
_____

Mark A. Morris,                    *
                                   *
        Appellee,                  *
                                   *
    v.                             *
                                   *
FSC Securities Corporation,        *
a Georgia Corporation,             *
                                   *
        Appellant,                 *
                                   *
Edward Wisner; Richard Roe;        *
John Doe,                          *
                                   *
        Defendants.                *
_____

Submitted:  October 24, 1996

Filed:  December 5, 1996
_____

Before BOWMAN, HEANEY, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Mark A. Morris appeals the September 26, 1995 order of the District Court[1] directing Morris to return certain discovery materials to their original source and directing Morris's counsel to refrain from any use of these materials to support any pending or future litigation. FSC Securities Corporation cross-appeals the portion of the District Court's order in which the court found that it lacked jurisdiction to enforce a confidentiality agreement signed by the parties.

Having considered the record and the briefs and arguments of the parties, we summarily affirm the order of the District Court.

AFFIRMED.  See 8th Cir. R. 47B.

A true copy.

    Attest:

       CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.